

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**NOTE:** In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Husam Hasan

V.

Michael Chertoff, At

## 07CV6683
## JUDGE GUZMAN
## MAG. JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Husam A. Hasan

---

**SIGNATURE**

**FILED**

**FIRM**
Elmoza & Associates

**NOV 2 8 2007**
nov 28 2007

**STREET ADDRESS**
7265 W 87th St

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

**CITY/STATE/ZIP**
Bridgeview IL 60455

**ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**
3 93386

**TELEPHONE NUMBER**
708-430-8706

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?      YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐   NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?       YES ☐   NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐