UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HUSAM A. HASAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6683 |
| | ) | |
| v. | ) | |
| | ) | Judge Guzman |
| MICHAEL CHERTOFF, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

     Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

     Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Daniel M. Tardiff
    DANIEL M. TARDIFF
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1390
    daniel.tardiff@usdoj.gov

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

ATTORNEY DESIGNATION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on January 10, 2008 to the following non-ECF filers:

    Mosa A. Elmosa
    Elmosa & Associates
    7265 West 87th Street
    Bridgeview, Illinois 60455

                                              By: s/ Daniel M. Tardiff
                                               DANIEL M. TARDIFF
                                               Assistant United States Attorney
                                               219 South Dearborn Street
                                               Chicago, Illinois 60604
                                               (312) 886-1390
                                               daniel.tardiff@usdoj.gov